UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BOB D.J. KRANICK,

                Defendant.
_____/

NO. 2:09-CR-20116

HON. MARK A. GOLDSMITH
United States District Judge

## ORDER ADJOURNING
## SUPERVISED RELEASE VIOLATION HEARING

For the reasons set forth in the parties' stipulation to adjourn the supervised release violation hearing;

IT IS HEREBY ORDERED, that the hearing on defendant' supervised release violation scheduled on January 5, 2011 is adjourned to January 25, 2011 at 1:30 p.m.

Dated: January 6, 2011
       Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2011.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager